No. 502. RAMÍREZ *v.* FAURA.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided January 24, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. Ramón Nadal Santa Coloma* for petitioner. *Mr. Manuel Tous Soto* for respondent.

No. 503. LOWANDE *v.* OTERO & Co. ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided January 24, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Mr. José de Guzmán Benítez* for petitioner. *Mr. Cayetano Coll y Cuchí* for respondent.

No. 222. THE PEOPLE *v.* ORTIZ.—Appeal from the District Court of Humacao. Decided January 25, 1910. Judgment affirmed. *Mr. José de J. Tizol* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 471. CALAF ET AL. *v.* CALAF.—Appeal from the District Court of Arecibo. Appellant's motion that the original of certain documents presented in the lower court be joined to the transcript of the record, and respondent's motion that a facsimile or photographic copy of certain documents accompanying the appellant's brief be stricken from the record. Decided January 25, 1910. First motion overruled because the Supreme Court has no authority to modify or alter the statement of facts, by considering exhibits which did not form part thereof. Second motion sustained said photographic copy being ordered stricken out. *Messrs. Antonio Alvarez Nava* and *C. M. Boerman* for petitioner. *Messrs. Eduardo Acuña, Carlos López de Tord* and *Nemesio R. Canales* for respondent.